**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: M.X.O., A MINOR | : | No. 342 WAL 2015 |
| | : | |
| | : | |
| | : | |
| PETITION OF: T.A., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: A.M.O., A MINOR | : | No. 343 WAL 2015 |
| | : | |
| | : | |
| | : | |
| PETITION OF: T.A., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.